

## Florida Public Assistance
Online Portal [floridapa.org]

Reimbursement | Contacts

PA APPLICANT PORTAL (Bill Langford - Full Access)
1539 Hurricane Charley - South Florida Water Management District

### Financial Summary

| Projects | PW Count | Total PW Amount | Federal Allocated | Admin Allocated | State Forecast |
|---|---|---|---|---|---|
| Obligated | 29 | $3,753,050.49 | $3,391,045.69 | $48,530.50 | n/a |
| Non-Obligated | 1 | $0.00 | $0.00 | $0.00 | n/a |

| Payment Stages | PW Count | Federal Amt. | State Amt. | Waiver Amt. | Total Amt. |
|---|---|---|---|---|---|
| a) Financial Specialist | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| b) FS Supervisor | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| c) Program Manager | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| d) GAR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| e) F & A - Processing | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| f) F & A - Acceptance | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total In Process | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Paid | 40 | $2,986,713.23 | $156,119.85 | $0.00 | $3,142,833.08 |
|  | 40 | $2,986,713.23 | $156,119.85 | $0.00 | $3,142,833.08 |

## Florida Public Assistance
Online Portal [floridapa.org]

PA APPLICANT PORTAL (Bill Langford - Full Access)
1545 Hurricane Frances - South Florida Water Management District

### Financial Summary

| Projects | PW Count | Total PW Amount | Federal Allocated | Admin Allocated | State Forecast |
|---|---|---|---|---|---|
| Obligated | 65 | $17,248,879.11 | $15,543,384.60 | $122,244.40 | n/a |
| Non-Obligated | 0 | $0.00 | $0.00 | $0.00 | n/a |

| Payment Stages | PW Count | Federal Amt. | State Amt. | Waiver Amt. | Total Amt. |
|---|---|---|---|---|---|
| a) Financial Specialist | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| b) FS Supervisor | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| c) Program Manager | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| d) GAR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| e) F & A - Processing | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| f) F & A - Acceptance | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total In Process | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Paid | 88 | $8,966,578.03 | $474,414.00 | $0.00 | $9,440,992.03 |
|  | 88 | $8,966,578.03 | $482,634.02 | $0.00 | $9,449,212.05 |

"A"

# Florida Public Assistance
Online Portal [floridapa.org]

## PA APPLICANT PORTAL  (Bill Langford - Full Access)
### 1561 Hurricane Jeanne - South Florida Water Management District

### Financial Summary

| Projects | PW Count | Total PW Amount | Federal Allocated | Admin Allocated | State Forecast |
|---|---|---|---|---|---|
| Obligated | 28 | $2,973,668.50 | $2,700,087.91 | $40,736.69 | n/a |
| Non-Obligated | 0 | $0.00 | $0.00 | $0.00 | n/a |

| Payment Stages | PW Count | Federal Amt. | State Amt. | Waiver Amt. | Total Amt. |
|---|---|---|---|---|---|
| a) Financial Specialist | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| b) FS Supervisor | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| c) Program Manager | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| d) GAR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| e) F & A - Processing | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| f) F & A - Acceptance | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total In Process | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Paid | 30 | $2,473,002.16 | $122,074.80 | $0.00 | $2,595,076.96 |
|  | 30 | $2,473,002.16 | $122,074.80 | $0.00 | $2,595,076.96 |

# Florida Public Assistance
Online Portal [floridapa.org]

## PA APPLICANT PORTAL  (Bill Langford - Full Access)
### 1602 Hurricane Katrina - South Florida Water Management District

### Financial Summary

| Projects | PW Count | Total PW Amount | Federal Allocated | Admin Allocated | State Forecast |
|---|---|---|---|---|---|
| Obligated | 2 | $550,514.00 | $550,514.00 | $12,010.28 | n/a |
| Non-Obligated | 0 | $0.00 | $0.00 | $0.00 | n/a |

| Payment Stages | PW Count | Federal Amt. | State Amt. | Waiver Amt. | Total Amt. |
|---|---|---|---|---|---|
| a) Financial Specialist | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| b) FS Supervisor | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| c) Program Manager | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| d) GAR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| e) F & A - Processing | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| f) F & A - Acceptance | 1 | $0.00 | ($68,814.25) | $0.00 | ($68,814.25) |
| Total In Process | 1 | $0.00 | ($68,814.25) | $0.00 | ($68,814.25) |
| Total Paid | 1 | $562,524.28 | $68,814.25 | $0.00 | $631,338.53 |
|  | 2 | $562,524.28 | $0.00 | $0.00 | $562,524.28 |

## Florida Public Assistance
Online Portal [floridapa.org]

PA APPLICANT PORTAL  (Bill Langford - Full Access)
3259-EM Tropical Storm Rita - South Florida Water Management District

### Financial Summary

| Projects | PW Count | Total PW Amount | Federal Allocated | Admin Allocated | State Forecast |
|---|---|---|---|---|---|
| Obligated | 1 | $35,789.00 | $35,789.00 | $1,073.67 | n/a |
| Non-Obligated | 0 | $0.00 | $0.00 | $0.00 | n/a |

| Payment Stages | PW Count | Federal Amt. | State Amt. | Waiver Amt. | Total Amt. |
|---|---|---|---|---|---|
| a) Financial Specialist | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| b) FS Supervisor | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| c) Program Manager | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| d) GAR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| e) F & A - Processing | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| f) F & A - Acceptance | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total In Process | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Paid | 1 | $36,862.67 | $0.00 | $0.00 | $36,862.67 |
| | 1 | $36,862.67 | $0.00 | $0.00 | $36,862.67 |

## Florida Public Assistance
Online Portal [floridapa.org]

PA APPLICANT PORTAL  (Bill Langford - Full Access)
1609 Hurricane Wilma - South Florida Water Management District

### Financial Summary

| Projects | PW Count | Total PW Amount | Federal Allocated | Admin Allocated | State Forecast |
|---|---|---|---|---|---|
| Obligated | 230 | $18,104,553.36 | $18,104,553.46 | $126,522.77 | n/a |
| Non-Obligated | 0 | $0.00 | $0.00 | $0.00 | n/a |

| Payment Stages | PW Count | Federal Amt. | State Amt. | Waiver Amt. | Total Amt. |
|---|---|---|---|---|---|
| a) Financial Specialist | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| b) FS Supervisor | 3 | $391,657.16 | $0.00 | $0.00 | $391,657.16 |
| c) Program Manager | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| d) GAR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| e) F & A - Processing | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| f) F & A - Acceptance | 27 | $0.00 | ($22,215.60) | $0.00 | ($22,215.60) |
| Total In Process | 30 | $391,657.16 | ($22,215.60) | $0.00 | $369,441.56 |
| Total Paid | 104 | $9,037,543.29 | $464,651.04 | $0.00 | $9,502,194.33 |
| | 130 | $9,429,200.45 | $442,435.44 | $0.00 | $9,871,635.89 |

|  |  |  |  |  |
|---|---|---|---|---|
| Total Paid | $24,063,223.66 | $1,286,073.94 | $0.00 | $25,349,297.60 |
| FEMA Total | $24,454,880.82 | $1,203,264.11 | $0.00 | $25,658,144.93 |

NRCS
| | |
|---|---|
| Jeanne/Frances | $1,700,000.00 |
| Wilma | $6,239,821.85 |
| NRCS Total | $7,939,821.85 |

| | |
|---|---|
| Grand Total | $33,597,966.78 |